**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GEORGE ALAN WEED, and
4.  CHARLES LEWIS,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter comes before the court on **Defendant Weed's Motion for Extension of Time To File Sentencing Statement** [#1311], and defendant Lewis's **Motion for Extension of Time To File Sentencing Statement** [#1312], both filed July 5, 2007. The motions are **GRANTED**. Defendants Weed and Lewis shall have up to and including **July 20, 2007**, in which to submit their sentencing statements.

Dated: July 6, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.