IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| CASEY, Paul | 03/29/76 | 72-CR-239 |
| RHOADES, Thomas | 05/22/96 | 97-1568M |
| Rodriguez, Jose P | 04/17/86 | 99-CR-232 |
| SICKEN, Daniel H | 12/26/99 | 98-CR-339 |
| WARFIELD, Frances | 04/07/80 | 75-164M |
| WEED, George A | 12/05/05 | 04-CR-103 |
| WUNNICKE, Kurt J | 12/28/77 | 74-033M |
| YOCAM, David Joe | 04/07/09 | 01-CR-451 |
| YOUNG, Dorothy M | 04/15/78 | 75-175M |
| YOUNG, Kenneth | 12/18/99 | 04-CR-351 |

Dated at Denver, Colorado, this 30 day of October, 2007.

BY THE COURT:

*[signature]*
Edward W Nottingham, Chief Judge